IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ESPOSITO, | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : NO. 10-cv-3883 |
| | : |
| I-FLOW CORPORATION ET AL., | : |
| Defendants. | : |

## ORDER

AND NOW, this 18th of October, 2011, upon consideration of the Motion of Defendants APP Pharmaceuticals, LLC and Abraxis Bioscience, Inc. (collectively, "APP" or the "APP Defendants") to Dismiss (Doc. 21), the Motion of I-Flow Corporation ("I-Flow") to Dismiss (Doc. 27), the Motion of Abbott Laboratories ("Abbott") and Hospira, Inc. to Dismiss (Doc. 30), Plaintiff's Responses, respectively, thereto (Docs. 31, 32, 33), and Defendant Abbott and APP's Replies (Docs. 41, 42), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motions are **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] The Court filed a memorandum, dated October ___, 2011, accompanying its above Order.